EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00400-03 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| ADELE M. CRISTE,  (03), | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against this defendant only on the ground(s) that the defendant pled guilty to a separate Information in accordance

with a plea agreement which also requires the United States to move to dismiss the Indictment.

The defendant is in custody on the dismissed charge(s) listed above.

DATED: October 14th, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By *T. Muehelck*
THOMAS MUEHELCK
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

United States v. Adele M. Criste
Cr. No. 04-00400-03 HG
Order for Dismissal

copies:   United States Marshal
          Federal Bureau of Investigation
          Attorney for Defendant