<u>LAND COURT SYSTEM</u>    <u>REGULAR SYSTEM</u>
AFTER RECORDATION, RETURN BY MAIL  (XXX)    PICKUP  ( )   To:

Daniel T. Pagliarini, Esq.
700 Bishop Street, Ste. 2100
Bishop Street Tower
Honolulu, HI.  96813
808-587-5800

TITLE OF DOCUMENT:

**MORTGAGE RELEASE, SATISFACTION, AND DISCHARGE**

PARTIES TO DOCUMENT:

MORTGAGOR: Manuel B. Criste and Lily M. Criste

MORTGAGEE: **CLERK, UNITED STATES DISTRICT COURT**

PROPERTY DESCRIPTION:

**1370 Ainakea Road
Lahaina, Maui, HI.  96761
City and County of Maui
Tax Map Key No.  (2) 4-5-030-107**

**DOCUMENT NO. 2004-214506**

TRANSFER CERTIFICATE OF TITLE NO.: .N/A.
LAND COURT DOCUMENT NO.: .N/A.

## MORTGAGE RELEASE, SATISFACTION AND DISCHARGE

KNOWN ALL MEN BY THESE PRESENTS:

   In that Lily M. Criste and Manuel B. Criste hereinafter collectively called the "Mortgagor," in consideration of having secured the appearance of Adele M. Criste in the case entitled <u>United States of America v. Adele M. Criste</u>, Mag. No. <u>04-644 BMK</u>, by that certain Mortgage described below, the undersigned, being the present legal owner of said security, does hereby release, satisfy, and discharge said Mortgage in full and does hereby consent that the same be cancelled and discharged of record.

MORTGAGOR: Manuel B. Criste and Lily M. Criste

MORTGAGEE: **CLERK, UNITED STATES DISTRICT COURT**

Date of Mortgage: October 18, 2004.
Date Recorded: October 20, 2004
**DOCUMENT NO. 2004-214506**

AS SET FORTH IN SAID MORTGAGE AND INCORPORATED BY REFERENCE HEREIN
IN WITNESS WHEREOF the Mortgagee has caused this instrument to be duly executed this
26 day of January, 2006.

_____
Authorized Judicial/Clerk Officer
On behalf of Sue Bitia
Clerk of the U.S. District Court, District of Hawaii

STATE OF HAWAII       )
              ) SS.
CITY AND COUNTY OF HONOLULU )

  On this 26th day of January, 2006, before me personally appeared Sue Bertia to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

_____
Notary Public, State of Hawaii

My commission expires: 3-20-2008