AO 442 (Rev. 5/93) Warrant for Arrest

ORIGINAL     SEALED     FILED IN THE
             BY ORDER OF THE COURT     UNITED STATES DISTRICT COURT
                                       DISTRICT OF HAWAII

# United States District Court

FEB 23 2007

DISTRICT OF HAWAII

at 10 o'clock and 50 min A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

ADELE M. CRISTE

**WARRANT FOR ARREST**

CR 04-400 HG 03

CASE NUMBER: MAG. 04-644

To: The United States Marshal
and any Authorized United States Officer

U.S. MARSHAL SERVICE
HONOLULU, HI
2004 SEP 28 PM 2:27
RECEIVED

YOU ARE HEREBY COMMANDED to arrest ADELE M. CRISTE
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of

In violation of
Title     21     United States Code, Section(s)  846

LESLIE E. KOBAYASHI                          UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                       Title of Issuing Officer

/s/ Leslie E. Kobayashi                       9/28/04   Honolulu, HI
Signature of Issuing Officer                  Date and Location

Bail fixed at $ to be determined by duty judge
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST SEP 30 2004 | Special Agent Rachel A Byrd | Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.